UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NELSON DIAZ,

    Plaintiff,

v.                                   Case No:   2:14-cv-609-FtM-CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Before the Court is Defendant's Motion for Entry of Judgment with Remand (Doc. 27), filed on July 14, 2015. Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings before the Administrative Law Judge. Plaintiff does not oppose the motion. Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing. Upon due consideration, Defendant's motion will be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Defendant's Motion for Entry of Judgment with Remand (Doc. 27) is **GRANTED**.

2.    The decision of the Commissioner of **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the

Administrative Law Judge to further develop the record, obtain all pertinent evidence relating to the relevant period and take any further action necessary.

    3.    The Clerk shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of July, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record